# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**PRESTON W. JOHNSON,**

        Plaintiff,

    V.                 CASE NUMBER: **05-C-578**

**R. JAMES NICHOLSON, SECRETARY DEPARTMENT OF VETERAN AFFAIRS,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's action is DISMISSED for lack of subject matter jurisdiction. This action is hereby DISMISSED.**


    September 8, 2005                             SOFRON B. NEDILSKY
Date                                                             Clerk

                                                               s/ Linda M. Zik
                                                               (By) Deputy Clerk